# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SIUFUNG LEE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ALLSTATE FIRE AND CASUALTY** | : | |
| **INSURANCE COMPANY, d/b/a/ Allstate** | : | **NO. 23-1316** |

## ORDER

**NOW**, this 22nd day of December, 2023, the plaintiff having failed to take any action, it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.